UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILBERT B. RIGGIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ATF and RALEIGH POLICE )<br>DEPARTMENT, )<br>Defendants. )<br>)<br>)<br>) | **JUDGMENT**<br>**5:23-CV-541-M-BM** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order entered on August 7, 2024 [DE 20], the court ADOPTS the Recommendation [DE 19] of Judge Meyers as its own. Accordingly, the Defendants' motions to dismiss [DE 6; DE 8] are GRANTED and the Complaint [DE 1-1] is DISMISSED.

This Judgment filed and entered on August 7, 2024, and copies to:
Wilbert Riggin (via US Mail)
Katharine O'Hale (via CM/ECF Electronic Notification)

August 7, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk